**STATE** EX REL. **McCRORY v. BERGER**

[368 N.C. 678 (2016)]

| | | |
|---|---|---|
| STATE OF NORTH CAROLINA, UPON THE RELATION OF PATRICK L. McCRORY, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY AS GOVERNOR OF THE STATE OF NORTH CAROLINA; JAMES B. HUNT, JR.; AND JAMES G. MARTIN<br><br>v.<br><br>PHILIP E. BERGER, IN HIS OFFICIAL CAPACITY AS PRESIDENT PRO TEMPORE OF THE NORTH CAROLINA SENATE; TIMOTHY K. MOORE, IN HIS OFFICIAL CAPACITY AS SPEAKER OF THE NORTH CAROLINA HOUSE OF REPRESENTATIVES; AND, IN THEIR OFFICIAL CAPACITIES AS MEMBERS OF THE COAL ASH MANAGEMENT COMMISSION, HARRELL JAMISON AUTEN III, TIM L. BENNETT, D. ALLEN HAYES, SCOTT FLANAGAN, RAJARAM JANARDHANAM, AND LISA D. RIEGEL | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | From Wake County |

No. 113A15

## ORDER

Plaintiffs' petition for writ of certiorari is allowed for the limited purpose of reversing the superior court's dismissal of plaintiffs' quo warranto claim, and remanding to the superior court for consideration of that claim on the merits.

By order of the Court in Conference, this 28th day of January, 2016.

s/Ervin, J.
For the Court

WITNESS my hand and the seal of the Supreme Court of North Carolina, this the 28th day of January, 2016.

CHRISTIE S. CAMERON ROEDER
Clerk of the Supreme Court

s/M.C. Hackney
Assistant Clerk